# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALAN VOTTA CONSTRUCTION, INC., )<br>     Appellant, )<br>)<br>v. )<br>)<br>MICHAEL L. KIRKBRIDE and DOLORES A. )<br>KIRKBRIDE, )<br>     Appellees. ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 7:10-CV-88-BO |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the Order of Bankruptcy Court of 8/13/2009 is AFFIRMED in PART. However, the Bankruptcy court erred in finding the Kirkbrides are entitled to a return of $105,000.00 from AVC. Accordingly, the Judgement of the Bankruptcy Court dated 3/1/2010 is VACATED. This matter is REMANDED to the Bankruptcy Court for further proceedings consistent with this opinion.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 18, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

David A. Nash (via CM/ECF Notice of Electronic Filing)

Dean R. Davis (via CM/ECF Notice of Electronic Filing)

George Mason Oliver (via CM/ECF Notice of Electronic Filing)

Stephanie Edmondson, US Bankruptcy Court (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| October 18, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |

Page 1 of 1
Case 7:10-cv-00088-BO   Document 15   Filed 10/18/10   Page 1 of 1